AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

AUSA Glenn-Applegate

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

U.S. Postal Service Priority Mail parcel bearing label no. 9505506699462080548427 addressed to "Melissa S, 2958 Abbots Cove Blvd, Columbus, OH 43204."

Case No. 2:22-mj-228

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

U.S. Postal Service Priority Mail parcel bearing label no. 9505506699462080548427 addressed to "Melissa S, 2958 Abbots Cove Blvd, Columbus, OH 43204."

located in the   Southern   District of   Ohio, Eastern Division   , there is now concealed *(identify the person or describe the property to be seized)*:

A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Distribution and possession with intent to distribute a controlled substance |
| 21 USC 843(b) | Prohibited use of a communication center (U.S. Mail) |

The application is based on these facts:
As set forth in the attached Affidavit of Postal Inspector MOHAMED A. SABRAH

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days *(give exact ending date if more than 30 days: ____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Mohamed A. Sabrah, U.S. Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
  FACETIME   *(specify reliable electronic means)*.

Date: 3/31/2022

City and state: Columbus, Ohio

*Judge's signature*

Norah McCann King, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVSION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: U.S. Postal Service Priority Mail parcel bearing label no. 9505506699462080548427 addressed to "Melissa S, 2958 Abbots Cove Blvd, Columbus, OH 43204." | Case No. 2:22-mj-228<br><br>MAGISTRATE JUDGE NORAH MCCANN KING |

## Affidavit in Support of Application for Search Warrant

I, MOHAMED A. SABRAH, DO HEREBY DEPOSE AND SAY:

1. I have been a U.S. Postal Inspector for the U.S. Postal Inspection Service (USPIS) since February, 2016, enforcing federal mail and drug laws; currently assigned to Columbus, OH. I have received training at U.S. Postal Inspection Service National Training Seminars for mail-related criminal investigations and have investigated cases with other federal, state, and local law enforcement units. I have received an additional 40 hour Prohibited Mailings training by the U.S. Postal Inspection Service.

2. I know from my training and experience, and the training and experience of other Postal Inspectors, I am aware the U.S. Mail is often used by drug traffickers to transport controlled substances as well as U.S. currency derived from their illicit activities, either as proceeds and/or payment. I know from my training and experience the Priority Mail system is commonly used to transport controlled substances and associated currency because Priority Mail provides traceability, reliability, and timely delivery. The guaranteed delivery timeframe of Priority Mail Express places time pressures on law enforcement agents to identify, search, and deliver these drug parcels in a timely manner.

3. As a result of past investigations and prosecutions, the Postal Inspection Service has determined that a number of indicators can be used to identify packages containing contraband that have been entered into the Priority Mail network. Inspectors routinely review shipment documents and Priority Mail packages originating from or destined to drug source areas, to identify instances where there is a possibility of drug trafficking.

4. On or about March 25, 2022, based on information received from law enforcement regarding an on-going Alcohol Tobacco and Firearms (ATF) investigation, Inspectors identified U.S. Postal Service Priority Mail bearing label no. 9505 5066 9946 2080 5484 27 (SUBJECT PARCEL), which was believed to contain narcotics, in violation of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance) and 843(b) (illegal use of mail in furtherance of narcotics trafficking). Inspectors identified this as a suspected drug parcel based on several characteristics, including but not limited to type of mail, origin, destination, label, postage, and size.

5. On March 25, 2022, Postal Inspectors took custody of the SUBJECT PARCEL, which was addressed to "Melissa S, 2958 Abbots Cove Blvd, Columbus, OH 43204", with a return address of "Mark Acosta, 9030 el Mesa ct, Elk Grove ca 95624".

6. The SUBJECT PARCEL is further described as a brown Uline box, weighing 18 lbs. 14.8 oz and measuring 20" x 15" x 15". The subject parcel was mailed on March 21, 2022, from the Elk Grove, CA 95624 post office with $104.00 of postage affixed.

7. Your affiant ran both the return and recipient addresses in CLEAR, an electronic database that has proven reliable in previous investigations in determining the legitimacy of name, address, and phone number information.

    a. According to CLEAR, the return address 9030 el Mesa ct, Elk Grove ca 95624 does not exist and the correct address is "9030 El Measa Ct., Elk Grove, CA 95624. Mark Acosta was not found to be associated as an occupant at either variation of the address.

    b. According to CLEAR, the recipient address 2958 Abbots Cove Blvd, Columbus, OH 43204 does exist, but Melissa or Melissa S cannot be associated as an occupant.

8. Your affiant knows that in the past, drug traffickers have used legitimate addresses belonging to others for the sender/return address in an attempt to legitimize and distance themselves from the shipment in the event that the parcel is seized by law enforcement officers. Additionally, California is a known source area for shipment of illegal narcotics to Central Ohio as well as other areas of the United States.

9. I know from my training and experience that individuals who regularly handle controlled substances often leave the scent of controlled substances, for which narcotic-sniffing canines are trained to indicate alert, on the box, contents of the box, and/or other packaging material they handle.

10. On March 30, 2022, Postal Inspectors contacted Officer David Jones, Columbus Police Department, who is the handler for "Ayko", a drug detection dog most recently certified by the Ohio Peace Officers Training Council for the detection of marijuana, hashish, cocaine, "crack", heroin, methamphetamine, and their derivatives. K-9 "Ayko" has had 200 hours of training at Gold Shield Training Kennels, Blacklick, OH, a well-established and regarded training facility for police canines. Both in training and actual deployments, K-9 "Ayko" has successfully detected narcotics, demonstrating clear, positive, aggressive alerts, and establishing himself as a highly reliable police dog.

11. The subject parcel was hidden among other packages, and "Ayko" was allowed to search the entire area. Officer Jones concluded that K-9 "Ayko" did alert positively to the SUBJECT PARCEL. Based on that alert, Officer Jones concluded that the odor of one of the drugs that K-9 "Ayko" is trained and certified to detect was present.

12. Based on the information contained herein, your affiant maintains there is probable cause to believe that the SUBJECT PARCEL contains controlled substances, and/or contraband, in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b).

_____
Mohamed Sabrah
United States Postal Inspector

NMK
FACETIME ATTESTED TO c FRCrR 4.1

Sworn to before me, and ~~subscribed in my presence~~, this 31st day of March, 2022 at Columbus, Ohio.

_____
Norah McCann King
U.S. MAGISTRATE JUDGE